IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEY SHASKE, a minor child, by and through his parents, natural guardians, and next friends, JODIE SHASKE and JOSHUA SHASKE;<br><br>Plaintiff,<br><br>vs.<br><br>CARMIKE CINEMAS, INC., A Delaware Corporation;<br><br>Defendant. | 4:13CV3137<br><br>**AMENDED PROGRESSION ORDER** |

This matter is before the Court on the parties' Joint Motion to Amend the Court's Final Progression Order (the "Motion"). For good cause shown, the Motion is **GRANTED**. The Court's Final Progression Order dated September 13, 2013, is hereby amended as follows:

a.   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 3, 2014.

b.   The deadline for filing Motions to compel Rule 33 through 36 discovery is February 7, 2014.

c.   The deadline for completing expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is as follows:

For Plaintiffs: **January 22, 2014.**
For Defendant: **February 13, 2014.**

d.   The deadline for filing motions to dismiss or motions for summary judgment is **March 14, 2014**. Any dispositive motions filed after **February 7, 2014** may result in a continuance of the trial.

e.   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 3, 2014**.

Dated this 8th day of January, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge