IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEY SHASKE, a minor child, by and through his parents, natural guardians, and next friends, JODIE SHASKE and JOSHUA SHASKE;<br><br>              Plaintiff,<br><br>vs.<br><br>CARMIKE CINEMAS, INC., A Delaware Corporation;<br><br>              Defendant. | 4:13CV3137<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)     The defendant's motion to substitute counsel, (Filing No. 27), is granted.

2)     Jana L. Korhonen of Troutman Sanders LLP shall be added as counsel of record and Kristina N. Klein shall be removed as counsel of record.

3)     The clerk shall modify the court's docket accordingly.

January 13, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge