IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEY SHASKE, a minor child, by and through his parents, natural guardians, and next friends, JODIE SHASKE and JOSHUA SHASKE;<br><br>                 Plaintiff,<br><br>vs.<br><br>CARMIKE CINEMAS, INC., A Delaware Corporation;<br><br>                 Defendant. | 4:13CV3137<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)     The defendant's unopposed motion to extend the deadline for deposing the plaintiff's expert witnesses, (Filing No. 52), is granted, and the deadline is stayed pending either further order of the court or the parties mutual agreement to conduct expert deposition discovery.

2)     If a summary judgment is not granted for the defendant, within 10 days following the court's ruling on defendant's anticipated summary judgment motion, the parties shall schedule a conference call with the undersigned magistrate judge to discuss further case progression, including any new discovery deadlines needed and the trial and pretrial conference setting.

March 25, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge