IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEY SHASKE, a minor child, by and through his parents, natural guardians, and next friends, JODIE SHASKE and JOSHUA SHASKE;<br><br>            Plaintiff,<br><br>vs.<br><br>CARMIKE CINEMAS, INC., A Delaware Corporation;<br><br>            Defendant. | 4:13CV3137<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Jana L. Korhonen to withdraw as counsel of record on behalf of the defendant, (filing no. 63), is granted.

June 3, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge